IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01293-DDD-TPO

JACOB ROOT,

    Plaintiff,

v.

OFFICER ROBERT COMSTOCK, in his individual capacity; and
CITY OF COLORADO SPRINGS, a municipality;

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order (ECF No. 29) entered by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of the defendants, Officer Robert Comstock and City of Colorado Springs.   It is further

    ORDERED that the plaintiff's complaint and action are dismissed without prejudice.

    DATED at Denver, Colorado this 5th day of March, 2025.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

                                               _s/C. Pearson, Deputy Clerk_