# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01293-DDD-TPO

JACOB ROOT,

    Plaintiff,

v.

OFFICER ROBERT COMSTOCK, in his individual capacity;
CITY OF COLORADO SPRINGS, a municipality,

    Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Jacob Root appeals to the United State Court of Appeals for the Tenth Circuit from this Court's March 3, 2025 Order (ECF 29), granting Defendants' Motion to Dismiss (ECF 12). This Order was designated by the District Court as a Final Judgment pursuant to F.R.C.P. 58 (ECF 30).

Respectfully submitted this 28th day of March, 2025.


/s/ Tyler A. Jolly
**Tyler A. Jolly, #52361**
Jolly Law PLLC
9996 West U.S. Highway 50, Unit 1090
Salida, CO 81201
719-429-7359
Tyler@jollylawcolorado.com

/s/ Harry M. Daniels

1

**HARRY DANIELS**
4751 Best Road
Suite 490
Atlanta, GA 30337
daniels@harrymdaniels.com
678-664-8529

Dated: March 28, 2025

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Tyler A. Jolly tyler@jollylawcolorado.com
Harry M. Daniels daniels@harrymdaniels.com
Attorneys for Plaintiff

Brian Stewart brian.stewart@coloradosprings.gov
Attorney for Defendant Comstock

/s/ Tyler A. Jolly
Tyler A. Jolly